**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ELIZABETH BUSHRA,** | **CIVIL ACTION** |
|       **Plaintiff,** | |
| | |
|   **v.** | |
| | |
| **MAIN LINE HEALTH, INC.,** | **NO. 23-1031** |
|       **Defendant.** | |

## O R D E R

**AND NOW**, this 21st day of March, 2024, upon consideration of Defendant Main Line Health, Inc.'s Motion for Summary Judgment (ECF No. 13), Plaintiff Elizabeth Bushra's Response in Opposition (ECF No. 16), and Defendant's Reply in Support (ECF No. 18), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

The Clerk of Court is directed to **TERMINATE** this matter and mark it **CLOSED**.

**BY THE COURT:**


**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**